[No. 39934-9-I.    Division One.    January 12, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY CASTILLO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-05485-9, Marilyn R. Sellers, J., entered December 23, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 40128-9-I.    Division One.    January 12, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. S.I.P., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-8-03271-1, Michael Hayden, J., entered January 22, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 40644-2-I.    Division One.    January 12, 1998.]

ROBERTA G. HOCHREITER, *Appellant*, v. THE DEPARTMENT OF SOCIAL & HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-2-02362-7, Michael F. Moynihan, J., entered April 11, 1997. *Reversed* by unpublished per curiam opinion.

[No. 40832-1-I.    Division One.    January 12, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JON L. ERICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-00843-0, Richard M. Ishikawa, J., entered June 6, 1997. *Reversed* by unpublished per curiam opinion.